%AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

MARLON BAYNES

v.

CITY OF NEW YORK, et al.

APPEARANCE

Case Number: 07 CV 11185 (LTS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

the City of New York.

I certify that I am admitted to practice in this court.

January 14, 2008
Date

*[Signature]*

Robyn N. Pullio  RP 7777
Print Name  Bar Number

100 Church Street
Address

New York, N.Y. 10007
City  State  Zip Code

(212) 788-1090  (212) 788-9776
Phone Number  Fax Number