

*MEMO ENDORSED*

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of said service within 5 days from the date hereof. Do [not ...]

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

ROBYN N. PULLIO
*Assistant Corporation Counsel*
Special Federal Litigation Division
Tel.: (212) 788-1090
Fax: (212) 788-9776
Email: rpullio@law.nyc.gov

January 4, 2008

BY HAND
Honorable Laura T. Swain
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*The request is granted.*
**SO ORDERED.**

/s/ 1/22/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Re: Marlon Baynes v. The City of New York, et al. 07 CV 11185 (LTS) (RM)

Dear Judge Swain:

I am the Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel for the City of New York, assigned to the above-referenced case on behalf of defendant the City of New York. I am writing with the consent of plaintiff's counsel, Rose M. Weber, Esq., to respectfully request that the City be granted a sixty (60) day enlargement of time from January 6, 2008, to March 6, 2008, to answer or otherwise respond to the complaint. This is the City's first request for an enlargement of time in this action.

The complaint alleges, *inter alia*, that plaintiff Marlon Baynes was subjected to false arrest; an unlawful strip search; excessive force; and malicious prosecution. Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case. The enlargement of time will afford us the opportunity to investigate the matter.

In view of the foregoing, it is respectfully requested that the Court grant the within request to extend the City's time to answer the complaint until March 6, 2008.

Thank you for your consideration in this regard.

RECEIVED
JAN 07 2008
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

Respectfully submitted,

/s/
Robyn N. Pullio (RP 7777)
Assistant Corporation Counsel
Special Federal Litigation Division

Copies mailed/faxed to Def't's Counsel
Chambers of Judge Swain    1-22-08

1

cc:   <u>BY FAX</u>
Rose M. Weber, Esq.
Attorney for Plaintiff
225 Broadway, Suite 1608
New York, New York 10007
Fax: (212) 233-5633