ROSE M. WEBER
ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

FAX: (212) 233-5633

TELEPHONE: (212) 748-3355

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 1 2008

March 31, 2008

**BY FAX**
Honorable Laura Taylor Swain
United States District Judge
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *Marlon Baynes v. City of New York, et al.*, 07 Civ. 11185 (LTS)

Your Honor:

The initial conference in the above-referenced matter is currently set for April 11, 2008 at 10:15 a.m. Unfortunately, I must be in White Plains that morning for a court conference that was scheduled prior to the scheduling of the instant conference. I have been attempting to avoid the trip to White Plains, but with no success. Plaintiff must, therefore, respectfully request that the conference be adjourned. Defendant consents to this request.

It is my understanding that the Court conferences cases only on Fridays. Ms. Pullio is not available on April 18th and I am not available on April 25th. Accordingly, plaintiff respectfully requests that the conference be rescheduled to May 2, 2008.

Thank you for your consideration of this request.

*The conference is adjourned to May 2, 2008, at 2:00 pm.*

SO ORDERED.

*[signature] 4/1/08*
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully,

*[signature]*
Rose M. Weber (RW 0515)

cc: Robyn Pullio, Esq. (by fax)