USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

**ROSE M. WEBER**
ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

**MEMO ENDORSED**

FAX: (212) 233-5633

TELEPHONE: (212) 748-3355

June 20, 2008

**BY FAX**
Honorable Frank Maas
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

*Both requests are granted. The settlement conf. is adjourned to 7/28/08 at 2 pm. Counsel should call that morning to determine the Courtroom we will be using.*

*Maas, USMJ,*
*6/26/08*

Re:   *Marlon Baynes v. City of New York, et al.*, 07 Civ. 11185 (LTS) (FM)

Your Honor:

Pursuant to the Pre-Trial Scheduling Order entered by Judge Swain on May 2, 2008, any application to amend the pleadings or join parties must be made by today's date. Accordingly, plaintiff respectfully requests permission to file, on or before July 21, 2008, an amended complaint wherein four named defendants will be substituted for John Does. Defense counsel consents to this request.

In addition, I am advised by defense counsel that she has a trial the week of July 14th and is, therefore, unable to attend the settlement conference currently set for July 16, 2008. As it is possible that her trial will run into the week of July 21st, Ms. Pullio requests that the conference be adjourned until the week of July 28th. Plaintiff, of course, consents to this request. The only times that week that I am *not* available are the morning of July 28th and all day on July 30th.

Thank you for your consideration of these requests.

Respectfully,

Rose M. Weber

Rose M. Weber (RW 0515)

cc: Robyn Pullio, Esq. (by fax)