**ROSE M. WEBER**  
ATTORNEY AT LAW  
225 BROADWAY • SUITE 1607  
NEW YORK, NEW YORK 10007

**MEMO ENDORSED**

FAX: (212) 233-5633                                          TELEPHONE: (212) 748-3355

July 20, 2008

**BY FAX**  
Honorable Frank Maas  
United States Magistrate Judge  
500 Pearl Street  
New York, NY 10007

*Handwritten endorsement:* Time to file the amended Complaint is extended to 8/20/08. The settlement conference is adjourned to September 11, 2008, at 2 pm. /s/ Maas, USMJ, 7/21/08

Re:   *Marlon Baynes v. City of New York, et al.*, 07 Civ. 11185 (LTS) (FM)

Your Honor:

        By Memorandum Order dated June 26, 2008, the Court permitted plaintiff until July 21, 2008 to file an amended complaint wherein four named defendants will be substituted for John Does. Unfortunately, Ms. Pullio has encountered unexpected difficulties in obtaining information in regard to one of the defendants. Accordingly, plaintiff must respectfully request, with defendant's consent, a thirty day extension (i.e., until August 20, 2008) to file the amended complaint.

        In addition, given the very early stage of discovery, the parties believe that the settlement conference currently set for July 28, 2008 will not be productive. Accordingly, the parties jointly respectfully request that the conference be adjourned until August 26th or August 28th.

        Thank you for your consideration of these requests.

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 7/21/08

Respectfully,

Rose M. Weber (RW 0515)

cc: Robyn Pullio, Esq. (by fax)